IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 1:26-cv-04664-JLK

BAIRON PACHECO-ALVARADO,

Petitioner,

v.

JUAN BALTAZAR, WARDEN
AURORA ICE PROCESSING CENTER;
GEORGE VALDEZ, DENVER FIELD OFFICE DIRECTOR U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT;
DAVID J. VENTURELLA, SENIOR OFFICIAL,
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT;
MARKWAYNE MULLIN, SECRETARY,
U.S. DEPARTMENT OF HOMELAND SECURITY; AND
TODD BLANCHE, U.S. ATTORNEY GENERAL,

in their official capacities,

Respondents.

---

**ORDER**

---

Petitioner has filed an Application for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging his detention at the immigration facility in Aurora, Colorado. Considering the Petitioner's allegations and the time-sensitive nature of the relief he requests, it is ORDERED:

PETITIONER SHALL (1) serve respondents with a copy of the Application along with a copy of this Order, by no later than September 24, 2026; and (2) promptly file proof of service with the Court.

RESPONDENTS ARE ORDERED TO SHOW CAUSE within five days from the date of service as to why the Application should not be granted.

Pursuant to the All Writs Act, and in order to preserve the Court's jurisdiction, RESPONDENTS SHALL NOT REMOVE Petitioner from the District of Colorado or the United States unless or until this Court or the Court of Appeals for the Tenth Circuit vacates this Order.

DATED this 22nd day of September, 2026.

John L. Kane

JOHN L. KANE
SENIOR U.S. DISTRICT JUDGE